IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Liberty Bankers Life Insurance Company and Continental Life Insurance Company,<br><br>Plaintiffs/Counter-Plaintiffs<br><br>v<br><br>Walter H. Lenhard, III,<br><br>Defendant/Counter-Defendant | § § § § § § § § § § § § | Civil Action No. 3:16-cv-2417-N (Lead)<br>Civil Action No. 3:18-cv-1846-N<br><br>(Consolidated) |

### ORDER VACATING ORDERS AND DISMISSING ACTION

This cause came before the Court on the Parties' Joint Motion to Dismiss the Parties' Complaints With Prejudice (the "Motion") [D.E. 103]. The Court is of the opinion that the Motion should be and hereby is GRANTED.

IT IS ORDERED as follows:

The above-styled and numbered causes are hereby DISMISSED WITH PREJUDICE with each party bearing its own costs.

Signed September 25, 2019.

David C. Godbey
United States District Judge